IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SHIRLEY RENICE ALVAREZ                                              PLAINTIFF

vs.                              Civil No. 4:08-cv-04098

MICHAEL J. ASTRUE                                                   DEFENDANT
Commissioner, Social Security Administration

# JUDGMENT

For the reasons stated in this Court's Memorandum Opinion entered in the present action on today's date, this Court **DISMISSES** Plaintiff's Complaint without prejudice.  Because this action has been dismissed, no service of the Complaint is required.

**IT IS SO ORDERED this 31st Day of October, 2008.**

/s/  Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE